IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
**FILED**

JAN 2 0 2023

CLERK, U.S. DISTRICT COURT
By_____
Deputy

| | | |
|---|---|---|
| GARRY WAYNE WHITE, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | 2:22-CV-88-Z-BR |
| | § | |
| CLEMENTS UNIT MEDICAL STAFF, | § | |
| | § | |
| Defendant. | § | |

**ORDER ADOPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION
AND
DISMISSING CIVIL RIGHTS CLAIM**

Before the Court are the findings, conclusions, and recommendation of the United States
Magistrate Judge to dismiss for want of prosecution the civil rights claim filed by the Plaintiff in
this case. (ECF 10). No objections to the findings, conclusions, and recommendation have been
filed. After making an independent review of the pleadings, files, and records in this case, the
Court concludes that the findings, conclusions, and recommendation of the Magistrate Judge are
correct. It is therefore **ORDERED** that the findings, conclusions, and recommendation of the
Magistrate Judge are **ADOPTED**, the motions for leave to proceed *in forma pauperis* and for
appointment of counsel are **DENIED**, and the case is **DISMISSED WITHOUT PREJUDICE**.

**IT SO ORDERED**.

Entered January ____, 2023.

_____
MATTHEW J. KACSMARYK
UNITED STATES DISTRICT JUDGE